UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL SIGALA,

               Plaintiff,

     v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

               Defendant.

CASE NO.: 1:23-cv-01651-GSA

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**

(Doc. 2)

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  Doc. 2.  Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1.     Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2.     The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

   Dated:   **December 5, 2023**      **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE