**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEL SIGALA, <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:23-cv-01651-GSA <br><br> EXTENSION OF MSJ DEADLINE |

    As stipulated, the MSJ is due 4/23/24.

IT IS SO ORDERED.

    Dated: __**February 14, 2024**__            __**/s/ Gary S. Austin**__
                                                                        UNITED STATES MAGISTRATE JUDGE