PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MICHELLE A. PAVELEK, CSBN No. 300642
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4862
    Facsimile: (415) 744-0134
    Michelle.A.Pavelek@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL SIGALA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:23-cv-01651-JLT-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-nine (49) days from May 23, 2023, up to and including July 11, 2024.  This is the Defendant's first request for an extension.

    Defendant requests this extension in order to review the record; evaluate the issues raised in Plaintiff's brief; determine whether options exist for settlement; and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel was recently assigned this case along with several other cases, and now has five cases due in the next two weeks.  Defendant's counsel will endeavor to complete these tasks as soon as possible.  This request is made in good

faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

                                                PENA & BROMBERG, PC

Dated:  May 15, 2024                /s/  *Jonathan O. Pena\**
                                                (*as authorized via e-mail)
                                               JONATHAN O. PENA
                                               Attorney for Plaintiff

Dated:  May 15, 2024                PHILLIP A. TALBERT
                                               United States Attorney
                                               MATHEW W. PILE
                                               Associate General Counsel
                                               Social Security Administration

                                 By:     /s/  *Michelle A. Pavelek*
                                               MICHELLE A. PAVELEK
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 11, 2024 to respond to Plaintiff's Brief and Plaintiff's optional reply brief will be extended to July 25, 2024.

IT IS SO ORDERED.

   Dated:   **May 16, 2024**                       **/s/ Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE